UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00318-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ULISES CASTRO-GARCIA,
   a/k/a Carlos Stevens,
   a/k/a Raul Madrigal,
   a/k/a "David",
   a/k/a "Davey",
   a/k/a Abel Alejandro Garcia-Ramirez,
2. MARCO ANTONIO MEZA-GARCIA,
   a/k/a "Toro",
3. ROSE GABIE HERNANDEZ,
   a/k/a Maria Hernandez,
4. MARLENE COSIO-ARENAS,
5. RICARDO CHAVARIN-GARCIA,
6. EDGAR ARTURO ESTRADA-LOPEZ,
7. **FERNANDO CAMACHO-ZUNIGA a/k/a "Kiko",**
8. JOSE LUIS MEZA-GARCIA
   a/k/a "Chulo",
9. OMAR GUTIERREZ-VEAST
   a/k/a "Alex", and
10. ARIEL CARRILLO-ZEPEDA
    a/k/a "Gallina",

        Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition

**(#104)** on May 11, 2007 by Defendant Fernando Camacho-Zuniga. The Court construes this

Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **July 16, 2007** at **8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The June 11, 2007 Motions hearing and the July 9, 2007 trial date are **VACATED** as to this defendant **ONLY**.

**IT IS FURTHER ORDERED** the request that the Court excuse the defendant and his counsel's presence from the May 17, 2007 hearing is **GRANTED.**

Dated this 11th day of May, 2007

                              **BY THE COURT:**

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge