# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover          Date: September 24, 2007
Court Reporter:   Paul Zuckerman
Probation Officer: Dee Clark
Interpreter:      Adriana Weisz

Criminal Action No. 06-cr-00318-MSK

*Parties*:                                 *Counsel*:

UNITED STATES OF AMERICA,                  Roxanne Perruso

    Plaintiff,

v.

FERNANDO CAMACHO-ZUNIGA,                   Janine Yunker

    Defendant.

## SENTENCING MINUTES

**10:24 a. m.    Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on July 16, 2007.  Defendant pled guilty to Count 7 of the Superseding Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure.  Argument by the Government.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by:  The defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** The Government's Motion for Downward Departure **(Doc. #182)** is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:38 a.m.** **Court in recess.**

**Total Time: 16 minutes.**
**Hearing concluded.**